# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYNN PHILLIPS,** | : | **CIVIL ACTION NO. 1:09-CV-0735** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JME II, LLC,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of June, 2010, upon consideration of the motion request for an extension of time to secure substitute counsel, which was transmitted by John M. Egloff, Jr.,[1] via facsimile on June 22, 2010, and which requests an additional thirty (30) days to obtain corporate counsel for defendant JME II, LLC, it is hereby ORDERED that:

1. The motion is GRANTED. Defendant JME II, LLC shall obtain counsel on or before July 23, 2010.

2. The Clerk of Court is instructed to docket the June 22, 2010 facsimile as Exhibit A to this order.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge

---

[1] According to the motion, John M. Egloff, Jr. is the single member, owner, and operator of defendant JME II, LLC. (See Ex. A ¶ 1.)